**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

<table>
<tr><td>DAVID LEWIS,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.  1:23-cv-00047-JPH-MJD</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>EXPERIAN INFORMATION SOLUTIONS, INC.,</td><td>)<br>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 22.
> JPH, 8/24/2023
> Distribution via ECF.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Plaintiff, David Lewis ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), by their respective counsel, hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned cause of action in its entirety, including all claims that were brought or that could have been brought as to all parties, and each party shall bear its own fees, costs, and expenses.

Agreed on this 18th day of August, 2023.

Respectfully submitted,

*/s/Thomas M. Bonan (with consent via email)*
Thomas M. Bonan
FL Bar #118103
SERAPH LEGAL, P.A.
1614 N. 19th Street
Tampa, FL 33605
Telephone: (813) 321-2347
Facsimile:  (855) 500-0705
tbonan@seraphlegal.com

- 1 -